TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00649-CR






James Rex McCelvey, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT


NO. 995058, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file supplemental brief is
dismissed. Appellant's amended second motion for extension of time is granted in part. Appellant's
counsel, Mr. Terrence W. Kirk, is ordered to tender the supplemental brief for filing no later than
5:00 p.m., January 30, 2004. No further extension of time will be granted.

It is ordered January 28, 2004.


Before Chief Justice Law, Justices Puryear and Onion

Do Not Publish